# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LORENZO TUCKER III,

               Plaintiff(s),

v.

JODONA L. BROWN, et al.,

               Defendant(s).

Case No. 2:18-cv-00118-RFB-NJK

ORDER

      With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

      DATED: January 26, 2018

                                                NANCY J. KOPPE
                                                United States Magistrate Judge